IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                              Case No. 3:03cr013 (2)

WILLIE D. FINLEY               JUDGE WALTER H. RICE

    Defendant.

---

DECISION AND ENTRY OVERRULING DEFENDANT'S *PRO SE* MOTION FOR TERMINATION OF SUPERVISED RELEASE, WITHOUT PREJUDICE TO RENEWAL AFTER CERTAIN PERIOD OF TIME

---

Pursuant to the attached January 24, 2018, response by the United States Probation Officer to Defendant's *pro se* motion for early termination of supervision, said motion is overruled at this time, without prejudice to renewal on or after November 1, 2018.

The Court notes that Defendant is, as of this time, in full compliance with the terms of his supervised release, for which the Court congratulates him. At this time, Defendant's criminal history, and the nature of same, excludes him for an early termination consideration under the United States Probation Department Guidelines.

February 1, 2018

                                              WALTER H. RICE
                                        UNITED STATES DISTRICT JUDGE

Copies to:

Willie D Finley, #43546-061, FCI Beckley, Federal Correctional Institution, PO Box 350
    Beaver, WV 25813
Counsel of record
Cameron Williams